# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

CHRISTY R. GILMARTIN,

**Plaintiff,**

     **v.**                                              **Civil No.6:14-cv-01417-AA**

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                         **Defendant.**

_____

# JUDGMENT

Pursuant to the ORDER signed on September 15, 2015, this action is reversed and remanded to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g) consistent with that ORDER.

Dated this ⁄⁄6 day of September 2015.

_____
**Ann Aiken**
**United States District Judge**

**JUDGMENT**